**FILED**

JUDGE DOW

MAGISTRATE JUDGE MASON

*Felony*

MAR 1 2 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more -previously-filed magistrate's complaints? **NO ___ YES _X___** If the answer is "Yes", list the case number and title of the earliest filed complaint:

**07 CR 521; U. S. v. Patrizia Soliani, et al** MASON

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO _X__ YES ___** If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? **NO X__ YES ___** If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO _X__ YES ___** If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO _X__ YES __**

6) What level of offense is this indictment or information? **FELONY _X_ MISDEMEANOR ___**

7) Does this indictment or information involve eight or more defendants? **NO _X__ YES __**

8) Does this indictment or information include a conspiracy count? **NO _X__ YES ___**

J.N **FILED**

MAR 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Homicide | (II) | ☐ Income Tax Fraud | (II) | ☐ DAPCA Controlled Substances | (III) |
| ☐ Criminal Antitrust | (II) | ☐ Postal Fraud | (II) | ☐ Miscellaneous General Offenses | (IV) |
| ☐ Bank robbery | (II) | ☐ Other Fraud | (III) | ☐ Immigration Laws | (IV) |
| ☐ Post Office Robbery | (II) | ☐ Auto Theft | (IV) | ☐ Liquor, Internal Revenue Laws | (IV) |
| ☐ Other Robbery | (II) | ☐ Transporting Forged Securities | (III) | ☐ Food & Drug Laws | (IV) |
| ☐ Assault | (III) | ☐ Forgery | (III) | ☐ Motor Carrier Act | (IV) |
| ☐ Burglary | (IV) | ☐ Counterfeiting | (III) | ☐ Selective Service Act | (IV) |
| ☐ Larceny and Theft | (V) | ☐ Sex Offenses | (II) | ☐ Obscene Mail | (III) |
| ☐ Postal Embezzlement | (IV) | ☐ DAPCA Marijuana | (III) | ☒ Other Federal Statutes | (III) |
| ☐ Other Embezzlement | (III) | ☐ DAPCA Narcotics | (III) | ☐ Transfer of Probation Jurisdiction | (V) |

10) List the statute of each of the offenses charged in the indictment or information.

### Title 18, United States Code, Sections 1341, 1343 and 2

NANCY L. MILLER
STEPHEN HEINZE
**Assistant United States Attorney**