# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 521 - 5 | **DATE** | 4/28/2008 |
| **CASE TITLE** | United States vs. Michael Zabrin | | |

**DOCKET ENTRY TEXT**

Arraignment held on 4/28/08. Defendant enters a plea of not guilty to the Indictment. Rule 16.1(a) conference to be held by 5/5/08. Pretrial motions to be filed by 5/23/08. Responses to be filed by 6/2/08. Replies to be filed by 6/9/08. Status hearing before Judge Dow set for 6/3/08 at 9:30 a.m. Government and defendant agree on certain conditions of release. Time is excluded pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|