**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         07-CR-00521-1

United States of America,
 v.
Michael L. Zabrin

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Michael L. Zabrin

| NAME (Type or print) |
| --- |
| Lawrence S. Beaumont |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/Lawrence S. Beaumont |

| FIRM |
| --- |
|  |

| STREET ADDRESS |
| --- |
| 53 W. Jackson Boulevard, Suite 626 |

| CITY/STATE/ZIP Chicago, IL 60604 |
| --- |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6189393 | 312-765-6000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☐ |
| --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| --- | --- | --- |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐