# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:07−cr−00521
                                        Honorable Robert M. Dow Jr.

Patrizia Soliani, et al.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 3, 2008:

   MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 6/3/2008 for defendant Zabrin (5). Defendant Zabrin is given extension of time within which to file pretrial motions to and including 7/17/08. Status hearing set for 7/17/2008 at 09:30 AM. Governments oral motion to exclude time is granted. Time is ordered excluded pursuant to Title 18 U.S.C. Section 3161(h)(1)(F). (X−E) Mailed notice (tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.