# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                      Case No.: 1:07−cr−00521
                                                        Honorable Robert M. Dow Jr.

Patrizia Soliani, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

        MINUTE entry before the Honorable Robert M. Dow, Jr: Agreed Motion for continuance of status, extension of pretrial schedule and exclusion of time [62] is granted as to defendants Patrizia Soliani (1), Jerome Bengis (4), Michael Zabrin (5), Granted. Status hearing date of 7/17/08 is stricken and status hearing reset for 9/16/2008 at 09:15 AM. Date for filing any pretrial motions is extended to 9/16/08. Time is ordered excluded pursuant to Title 18 U.S.C. Section 3161(h)(1)(F). (X−E) Mailed notice (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.